# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 16, 2024

## NO. 03-22-00736-CV

**Sarah Cook, Appellant**

**v.**

**Texas Highway Walls, LLC, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS**
**AFFIRMED IN PART, REVERSED AND REMANDED IN PART –**
**OPINION BY CHIEF JUSTICE BYRNE**
**CONCURRING AND DISSENTING OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order signed by the trial court on October 24, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court affirms in part and reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.